IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| LAWRENCE W. HUFF | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 3:11-CV-00006-TWT |
| v. | ) | |
| | ) | |
| CITY OF TEMPLE, GEORGIA | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant in the above-entitled action, the Court having GRANTED the parties' Joint Motion for Approval of the Settlement Agreement, and, pursuant to the provisions of rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this civil action with prejudice.

This 24th day of March, 2011.

/s/ *A. Bradley Dozier, Jr.*             /s/ *Cynthia Matthews Daley*
A. Bradley Dozier, Jr.                   Cynthia Matthews Daley
Attorney for Plaintiff Huff              Attorney for the City of Temple
Dozier Law Group, LLC                    Daley, Koster & LaVallee, LLC
889 Lenox Court, N.E.                    2849 Paces Ferry Road, Suite 160
Atlanta, GA 30324                        Atlanta, GA 30339
Phone: 404-949-5600                      Phone: 678-213-2401
Fax: 404-478-8880                        Fax: 678-213-2406
E-Mail: bdozier@dozierlawgroup.com       Email: cmdaley@dkllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| LAWRENCE W. HUFF | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 3:11-CV-00006-TWT |
| v. | ) | |
| | ) | |
| CITY OF TEMPLE, GEORGIA | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Cynthia Matthews Daley, Esq.
Daley, Koster & Lavallee, LLC
*cmdaley@dkllaw.com*

This 24th day of March, 2011.

/s/ A. Bradley Dozier, Jr.
A. Bradley Dozier, Jr.
Georgia Bar No. 228701

DOZIER LAW GROUP, LLC
889 Lenox Court, N.E.
Atlanta, Georgia 30324
Telephone   (404) 949-5600
Facsimile   (404) 478-8880

2